# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CMFG LIFE INSURANCE COMPANY,**

       **Plaintiff,**

**v.**                                    **Case No:  6:15-cv-66-Orl-22TBS**

**JAMES J. ROBSON and TERRY ROBSON,**

       **Defendants.**

---

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 47) filed on May 27, 2015.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed May 27, 2015 (Doc. No. 47), is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Court makes the following findings and conclusions concerning Mr. Lanier:

(a)      He failed to obey the Related Case Order, Interested Persons Order, and Order Requiring Electronic Filing Directed to Terry Robson for over two months, until after the time of the first scheduled sanctions hearing.

(b)      He failed to obey the Order Directing Compliance.

(c)      His explanation for his misconduct does not constitute a valid excuse or mitigating circumstance for his failure to obey Court Orders.

(d)      His conduct amounts to a bad faith failure to obey the Orders of the Court.

      3.      Michael Winston Lanier is hereby ADMONISHED and SANCTIONED in the amount of $500 payable to the Clerk of the Court within five days of the date of this Order.

      **DONE** and **ORDERED** in Orlando, Florida on June 22, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Michael Winston Lanier, Esq.